| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Darren G Smith<br>Law Office of Darren G. Smith<br>260 Newport Center Dr Ste 100<br>Newport Beach, CA 92660<br><br>(949) 233–4534<br><br><br><br><br>*Plaintiff or Attorney for Plaintiff* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA

| In re:<br><br><br>Christina Olinger<br><br><br><br>Debtor(s). | CASE NO.: 8:20–bk–10032–SC<br><br>CHAPTER: 7<br><br>ADVERSARY NUMBER: 8:20–ap–01048–SC |
|---|---|
| Ron Rosenbaum<br><br><br>Plaintiff(s)<br>Versus<br><br>Christina Olinger<br><br>**(See Attachment A for names of additional defendants)**<br>Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004–1]** |

TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left–hand corner of this page. The deadline to file and serve a written response is **05/14/2020.** If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:

| | |
|---|---|
| **Date:** | **July 1, 2020** |
| **Time:** | **10:00 AM** |
| **Hearing Judge:** | **Scott C Clarkson** |
| **Location:** | **411 W Fourth St., Crtrm 5C, Santa Ana, CA 92701** |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                      Page 1                                      **F 7004–1.SUMMONS.ADV.PROC**

**You must comply with LBR 7016–1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court–approved joint status report form is available on the court's website (LBR form F 7016–1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016–1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

KATHLEEN J. CAMPBELL
CLERK OF COURT

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: April 14, 2020

By: _____ "s/" Nickie Bolte _____

Deputy Clerk

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# ATTACHMENT A
## Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| Ron Rosenbaum | Christina Olinger<br>Velocity Manufacturing Group, LLC, a Delaware Limited Liability Company<br>Grasshopper, LLC<br>F3 Custom, LLC<br>Su T. Dang |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## ATTACHMENT A

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

260 Newport Center Drive, Suite 100
Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** and (2) the accompanying pleading(s) entitled:

COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. SECTION 523(a)(2)(A), TO OBJECT TO DEBTOR'S DISCHARGE PURSUANT TO 11 U.S.C. SECTION 727, AND TO AVOID FRAUDULENT TRANSFER OF ESTATE PROPERTY PURSUANT TO 11 U.S.C. SECTIONS 548 and 544(b); U.S. BANKRUPTCY COURT EARLY MEETING OF COUNSEL AND STATUS CONFERENCE INSTRUCTIONS

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) _4/24/2020_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Karen S Naylor (TR)        alane@ringstadlaw.com, knaylor@IQ7technology.com
Darren G Smith             darrensmithlaw@gmail.com
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐  Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:** On (date) _4/24/2020_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Scott C. Clarkson
United States Bankruptcy Court- Central District of California
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

☒  Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 4/24/2020 | Nancy Long | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                                **F 7004-1.SUMMONS.ADV.PROC**

*RON ROSENBAUM v. OLINGER, et al.*
*CASE NO. 8:20-ap-01048-SC*
*SERVICE LIST*

Christina Olinger
130 Albert Place, Unit A
Costa Mesa, CA 92627-7544

*Defendant*

Michael D. Franco, Esq.
261 North Sycamore Street
Santa Ana, CA 92701-4805

*Counsel for Defendant Christina Olinger*

Su T. Dang
101 West McKnight Way #8325
Grass Valley, CA 95949

*Defendant*

Velocity Manufacturing Group, LLC
Attn: Christina Olinger, Authorized Agent for Service of Process
2911 West Warner Ave
Santa Ana, CA 92704

*Defendant*

Grasshopper, LLC
Attn: Christina Olinger, Authorized Agent for Service of Process
130 Albert Place, Unit A
Costa Mesa, CA 92627-7544

*Defendant*

F3 Custom, LLC
Attn: Su T. Dang, Authorized Agent for Service of Process
101 West McKnight Way #8325
Grass Valley, CA 95949

*Defendant*